IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00481-WDM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Samuel R. Allen III,

        Defendant.

---

**ORDER TERMINATING CONDITIONAL RELEASE PURSUANT TO 18 U.S.C. § 4243**

---

On May 5, 2010, the Court held a hearing on Releasee's Motion to Terminate Conditional Release. Based on the findings of said hearing, the recommendations of the Probation Office, and having heard from the parties, it is

ORDERED that the defendant be discharged from conditional release and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 5 day of May, 2010.

BY THE COURT:

Walker D. Miller
United States District Judge